No. 10 - 3753

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT



U.S.C.A. - 7th Circuit
F I L E D
JAN 2 4 2011
GINO J. AGNELLO
CLERK

U.S.C.A. - 7th Circuit
RECEIVED SDP
JAN 2 4 2011
GINO J. AGNELLO
CLERK

| | |
|---|---|
| JEFFREY S. REINICHE, DR. ARTHUR CHAUSMER, and GARY POST, derivatively on behalf of HEALTH ALLIANCE HOLDINGS, INC., derivatively on behalf of HA HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JAMIE MARTIN, CURTIS LANE, ANDREW M. PAIL, KEVIN SWAN, MTS HEALTH ALLINCE, LLC, ASHCROFT ASSOCIATES, LLC, JAMES KELLY, ALLEN PALLES, JOHN HENNESSY, JOHN SABALASKEY, M-1, LLC, SCOGGIN CAPITAL MANAGEMENT, L.P. II, SOUTHERN DIVERSIFIED BUSINESS SERVICES, INC., JON KAIDEN, SELECT CAPITAL VENTURES I., L.P., E.B. MARTIN, JR., HA ACQUISITION, LLC, AND EBM VENTURES, LLC, <br><br> Defendants. | Case No. 08 C 3093 <br><br> Hon. James B. Zagel <br> U.S. District Judge |

## SUPPLEMENTAL MEMORANDUM OF APPELLANTS CONCERING DIVERSITY JURISDICTION

Pursuant to this Court's order of January 3, 2011, the Appellants submit this memorandum on the issue of the diversity jurisdiction of the U.S. District Court.

## Jurisdiction of the District Court

1.    Jurisdiction of the District Court was invoked pursuant to 28 U.S.C. § 1332. As alleged in the First Amended Complaint, there is complete diversity of the Plaintiffs and Defendants.

2.    As alleged in the First Amended Complaint, filed October 27, 2008, (Doc. No. 15), each party is identified as to their residence, citizenship and for corporations, place of incorporation and principal place of business.

## **PLAINTIFFS**

3.    Plaintiff Jeffrey S. Reiniche ("Reiniche") is a citizen and resident of North Carolina. (First Amended Complaint, para. 7.)

4.    Plaintiff Dr. Arthur Chausmer ("Chausmer"), is a citizen and resident of Maryland. (First Amended Complaint, para. 8)

5.    Plaintiff Gary Post ("Post") is a citizen and resident of California. (First Amended Complaint, para. 9)

## **DEFENDANTS**

6.    The Defendants have provided Plaintiffs counsel with information concerning the states of citizenship and residence of the members of the various defendant LLC's. Attached as Exhibit A is a letter dated January 24, 2011, from Daniel Lynch, Esq., counsel for "the eleven defendants" including several limited liability company defendants. As the Court can see, the letter does not identify the specific names of the members but does identify the states of residence of the various members. Certain of the members are citizens of North Carolina, Maryland, and California. Also attached as Exhibit B is a January 24, 2011, letter from Steven

Roeder, Esq., counsel for the Martin Defendants, with a listing of the citizenship of the members of the limited liability defendants his firm represents. As that letter demonstrates, certain members of the defendant LLC's are citizens of North Carolina.

7. Based upon the January 24, 2011, submissions of defense counsel, it appears that complete diversity does not exist pursuant to 28 U.S.C. Section 1332.

8. Because the District Court found that the this proceeding is related to the matter of Mark Swift et al. v. Jamie Martin, No. 07 C 3700, which did involve the bankruptcy jurisdiction of the District Court, the Plaintiff/Appellants request leave to submit a supplemental memorandum to the Court on or before January 28, 2011, detailing the status of an alternative basis for federal court jurisdiction pursuant to 28 U.S.C. Section 1334.

9. Steven J. Roeder, and Daniel Lynch, counsel for certain Defendants/Appellees have advised counsel for the Plaintiff/Appellant that they wish to submit separate memoranda to the Court on or before January 28, 2011 expressing their position on the alternative grounds for federal court jurisdiction.

Therefore, as set forth above, the Plaintiffs/Appellants respectfully request leave to submit a memorandum on or before January 28, 2011 setting forth their position on the grounds for federal jurisdiction pursuant to 28 U.S.C. Section 1334. The Plaintiffs/Appellants request that the Defendant/Appellees be granted until January 28, 2011 to file any memoranda on their position the basis for federal court jurisdiction apart from diversity jurisdiction.

Dated: January 24, 2011                    Respectfully Submitted,

                                           Counsel for the Appellants

                                           /s/ James A. McGurk
                                           James A. McGurk


                                           James A. McGurk
                                           Law Offices of James A. McGurk, P.C.
                                           10 South LaSalle Street
                                           Suite 3300
                                           Chicago, IL 60603
                                           Tel: 312-236-8900
                                           Fax: 312-277-3497


20110124.SupplementalMemorandumSeventhCircuitDiversity.reiniche.doc

## CERTIFICATE OF SERVICE

I, James A. McGurk, an attorney, certify that I caused to be filed a copy of the Plaintiffs/Appellants Memorandum Concerning Diversity Jurisdiction with the United States Court of Appeals for the Seventh Circuit on January 24, 2011, and served the following parties:

Steven J. Roeder, Esq.
Williams Montgomery & John
233 South Wacker Drive
Suite 6100
Chicago, IL 60606
Email: sjr@willmont.com


Gary C. Shockley, Esq.
Courtney H. Gilmer, Esq.
Baker Donelson, Bearman,
Caldwell & Berkowitz, P.C.
Commerce Center, Suite 800
211 Commerce Street
Nashville, TN 37201
Email: gshockley@bakerdonelson.com
Email: cgilmer@bakerdonelson.com

Vincent M. Auricchio, Esq.
Law Offices of Vincent M. Auricchio
150 So. Wacker Drive, Suite 2600
Chicago, IL 60606
Email: auricchiolawoffices@gmail.com

Daniel F. Lynch, Esq.
Lynch & Stern
150 South Wacker Drive
Suite 2600
Chicago, IL 60606

Email:dan@lynchandstern.com

David B. Goodman, Esq.
Shaw Gussis Fishman Glantz
Wolfson & Towbin, LLC
321 North Clark Street
Suite 800
Chicago, IL 60654
Email:goodman@shawgussis.com


Kelly L. Fabian, Esq.
Michael Paul Kornak, Esq.
Matthew John Kramer, Esq.
Freeborn & Peters
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Email: kfabian@freebornpeters.com
Email:mkornak@freebornpeters.com
Email:mkramer@freebornpeters.com

Dated: January 24, 2011

_____
James A. McGurk

# EXHIBIT A

# LYNCH & STERN LLP

**Daniel Lynch**
312-442-9480 (direct)
dan@lynchandstern.com

150 South Wacker Drive, Suite 2600
Chicago, Illinois 60606
**312-346-1600**
312-896-5883 (fax)

Avidan J. Stern
Steven P. Gomberg
Jeremy M. Taylor
Carolyn M. Ferber
Amy J. Hansen
Justin D. Kaplan

January 24, 2011

**VIA E-MAIL**

**James Arthur McGurk**
Law Offices of James A. McGurk, P.C.
10 South LaSalle Street
Suite 3300
Chicago , IL 60603
(312) 236-8900
Email: jamcgurk@flash.net

Dear Jim:

As you know we represent certain limited partnerships and limited liability companies. You requested that we identify the states of citizenship of the LLC members and the limited partners of the various entities. We provide that information as follows:

1. MTS Health Alliance, LLC: Delaware, California, New York, Maryland, Pennsylvania, Florida, Illinois, Texas, Connecticut, Toronto, and Ontario;

2. Ashcroft Associates: New York;

3. M-1, LLC: New York;

4. Scoggin Capital Management, L.P. II. Alabama, California, Colorado, Connecticut, Delaware, Florida, Georgia, Illinois, Massachusetts, Maryland, Michigan, North Carolina, Jew Jersey, New York, Ohio, Pennsylvania, Tennessee, Utah, Washington and Wisconsin; and

5. Select Capital Venture I, LP's limited partners are residents of the following states: Pennsylvania, Maryland, New York, Connecticut, Utah and Washington. Select Capital Venture LLC's general partners are residents of Pennsylvania.

Should you have any questions, please do not hesitate to contact me.

Yours truly,

Daniel Lynch

cc: Counsel of Record

# EXHIBIT B

# WILLIAMS MONTGOMERY & JOHN

A FIRM OF TRIAL LAWYERS

Steven J. Roeder
312-443-3256
Fax: 312-630-8516
sjr@willmont.com

January 24, 2011

**VIA e-mail: jamcgurk@flash.net**

Mr. James McGurk
Law Offices of James A. McGurk, P.C.
10 South LaSalle Street
Suite 3300
Chicago, Ill. 60603

      Re:    *Reiniche v. Martin, et al.*
              7th Circuit No. 10-3753

Dear Mr. McGurk:

    In response to your January 5, 2011 e-mail requesting further information as to the identity of the members of the defendant LLC's, I have been working with my clients to obtain such. I have obtained the following citizenship information to date:

    1.    HA Acquisition, LLC (now Prevalence Holdings, LLC) is owned by the following individuals and/or entities, whose citizenship is listed to the right of the member name:

| | | |
|---|---|---|
| Votum H A Capital, LLC | MS LLC | |
| Diamond, LLC | MS LLC | |
| EBM Ventures, LLC | MS LLC | Members: E. B. Martin, Jr. (MS) & Jamie Planck Martin (MS) |
| Providence Foundation | MS | non-profit corp. |
| William M. Mounger, II | MS | |
| English Garden, LLC | MS LLC | |
| Robert G. Mounger | MS | |
| W. D. Mounger | MS | |
| Yerger Properties, LP | MS | General Partners: Wirt A. Yerger, III (MS) & Linda Biggers Yerger (MS) |
| John S. Morris IRA | NC | |
| John S. Morris Revocable Trust | NC | |
| Margaret Morris Revocable Trust | NC | |
| John B. Morris | AL | |
| Bobby L. Graham, Jr. and Nancy Sharon Martin JTWFROS | MS and MS | |
| Thomas W. Hodge | MS | |

Mr. James McGurk
Law Offices of James A. McGurk, P.C.
January 24, 2011
Page 2

| | | |
|---|---|---|
| Radiology Associates, P.A. Employee Ret. Plan and Trust; Clyde R. Allen, Trustee | MS | |
| Thrasher Architectural Products, Inc. | MS | |
| Elizabeth N. Akers | TN | |
| L. Dean Knoll | TN | |
| Michael J. Spalding | TN | |
| Padamawakk, LLC | MS | |
| William R. James | MS | |
| Benchmark Construction Corporation | MS | |
| William Douglas Pyron | MS | |
| Radiology Associates, P.A. Employee Ret. Plan and Trust, F/B/O Clyde R. Allen, Clyde R. Allen, Trustee | MS | |
| Paul Fisher IRA | MS | |
| MS Neuropsychiatric Clinic Profit Sharing Plan 401(k) Kurt Buechler, MD | MS | |
| Lecia E. Sprigs Rollover IRA | MS | |
| Stephen C. Crawford M.D. PC Profit Sharing Plan | MS | |
| Michael L. Anthony | MS | |
| Arleatha Nichols | MS | |
| Kwang Edeker | MS | |
| Gary Brandon | MS | |

Despite our efforts, we have not yet been able to confirm the membership information regarding the other LLC's listed as members of HA Acquisition, LLC, i.e., Votum H.A. Capital LLC, Diamond LLC or English Garden LLC. We also have not yet confirmed the citizenship of any limited partners of Yerger Properties, LP.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Steven J. Roeder

935385