# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

January 27, 2011

**By the Court:**

| | |
|---|---|
| JEFFREY S. REINICHE, et al.,<br>    Plaintiffs-Appellants,<br><br>No. 10-3753        v.<br><br>JAMIE MARTIN, et al.,<br>    Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:08-cv-03093<br>]<br>] James B. Zagel,<br>]      Judge. |

### O R D E R

On consideration of the Supplemental Memorandum of Appellant Concerning Diversity Jurisdiction filed by appellants on January 24, 2011,

IT IS ORDERED that appellants and appellees file, on or before January 31, 2011, memoranda addressing the issue of the lack of subject matter jurisdiction based on diversity jurisdiction.