# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER: Circuit Rule 33

January 31, 2011

| | |
|---|---|
| No.: 10-3753 | JEFFREY S. REINICHE, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>JAMIE MARTIN, et al.,<br> Defendants - Appellees |

| Originating Case Information: |
|---|
| District Court No: 1:08-cv-03093<br>Northern District of Illinois, Eastern Division<br>District Judge James B. Zagel |

Pursuant to Circuit Rule 33, the time for the Appellants and Appellees to file memoranda addressing the issue of the lack of subject matter jurisdiction based on diversity jurisdiction is extended to February 2, 2011.

form name: **c7_Order_CR33** (form ID: **186**)