Case: 10-3753 Document: 25 Filed: 02/07/2011 Pages: 5



No. 10 - 3753

# IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

JEFFREY S. REINICHE, DR. ARTHUR )
CHAUSMER, and GARY POST, derivatively )
on behalf of HEALTH ALLIANCE )
HOLDINGS, INC., derivatively on behalf of )
HA HOLDINGS, INC., )
)
         Plaintiffs, )
)
v. ) Case No. 08 C 3093
)
) Hon. James B. Zagel
JAMIE MARTIN, CURTIS LANE, ) U.S. District Judge
ANDREW M. PAIL, KEVIN SWAN, MTS )
HEALTH ALLINCE, LLC, ASHCROFT )
ASSOCIATES, LLC, JAMES KELLY, )
ALLEN PALLES, JOHN HENNESSY, )
JOHN SABALASKEY, M-1, LLC, )
SCOGGIN CAPITAL MANAGEMENT, )
L.P. II, SOUTHERN DIVERSIFIED )
BUSINESS SERVICES, INC., JON )
KAIDEN, SELECT CAPITAL VENTURES )
I., L.P., E.B. MARTIN, JR., HA )
ACQUISITION, LLC, AND EBM )
VENTURES, LLC, )
)
         Defendants. )

### APPELLANTS/PLAINTIFS MEMORANDUM ADDRESSING THE ISSUE OF THE LACK OF SUBJECT MATTER JURISDICTION BASED ON DIVERSITY JURISDICTION

Pursuant to this Court's order of January 27, 2011, the Appellants/Plaintiffs submit this memorandum on the issue of the jurisdiction of the U.S. District Court over this proceeding.

## Jurisdiction of the District Court

1. Jurisdiction of the District Court was invoked pursuant to 28 U.S.C. § 1332 in the complaint filed under case no. 08 C 3093. As alleged in the First Amended Complaint, the Plaintiffs alleged complete diversity of the Plaintiffs and Defendants.

2. Based upon the information provided to Appellants/Plaintiffs counsel on January 24, 2011, as to the citizenship of the members of the limited liability company defendants, the Appellants/Plaintiffs advised this Court that diversity jurisdiction did not appear to exist over this proceeding.

3. In the January 24, 2011, Supplemental Memorandum filed by the Appellants/Plaintiffs, the Appellants requested leave to file a Memorandum addressing alternative grounds for federal court jurisdiction.

4. Counsel for the Appellants has consulted with counsel for the Appellees and has reviewed the January 31, 2011, "Certain Defendants/Appellees' Memorandum 'Addressing the Issue of the Lack of Subject Matter Jurisdiction Based on Diversity Jurisdiction'" ("the Martin Defendants" and "the Eleven Defendants") and the January 31, 2011, "Defendant-Appellee Kevin Swan's Memorandum Regarding Subject Matter Jurisdiction." As set forth below, the Appellants/Plaintiffs agree with the arguments advanced by the Appellees.

## PROCEDURAL BACKGROUND

5. Appellants/Plaintiffs agree with the Procedural Background statement of the "Certain Defendants" ("the Martin Defendants" and "the Eleven Defendants"). The record of the

2007, proceeding, 07 C 3700, has been included in the record of this proceeding by order of Judge Zagel entered on December 20, 2010.

### APPELLANTS/PLAINTIFFS AGREE WITH THE ARGUMENT ADVANCED BY THE DEFENDANTS ON JANUARY 31, 2011

6. The Appellants/Plaintiffs agree that the 2007 and 2008, cases arise out of the same operative facts. The Appellants/Plaintiffs agree that the District Court is free to exercise jurisdiction pursuant to 28 U.S.C. §1367. The Appellants/Plaintiffs agree with the "Certain Defendants" citation of *Channell v. Citicorp Na'l Svcs, Inc.* 89 F.3d 379 (7th Cir.1996) for the proposition that Section 1367 had extended the scope of supplemental jurisdiction *"to the limits of Article III."*

Therefore, for the reasons set forth in the Memoranda of the Appellees/Defendants, the Appellants/Plaintiffs respectfully suggest that the District Court had subject matter of this proceeding. The Appellants/Plaintiffs respectfully request that this Court determine that subject matter jurisdiction exists over this proceeding.

Dated: February 7, 2011                                Respectfully Submitted,

                                                       Counsel for the Appellants

                                                       _____
                                                       James A. McGurk

James A. McGurk
Law Offices of James A. McGurk, P.C.
10 South LaSalle Street
Suite 3300
Chicago, IL 60603
Tel: 312-236-8900
Fax: 312-277-3497

20110207.SupplementalMemorandumSeventhCircuitrefederaljurisdiction.doc

## CERTIFICATE OF SERVICE

I, James A. McGurk, an attorney, certify that I caused to be filed a copy of the Appellants/Plaintiffs Memorandum Addressing the Issue of the Lack of Subject Matter Jurisdiction Based on Diversity Jurisdiction with the United States Court of Appeals for the Seventh Circuit on February 7, 2011, and served the following parties:

Steven J. Roeder, Esq.
Williams Montgomery & John
233 South Wacker Drive
Suite 6100
Chicago, IL 60606
Email: sjr@willmont.com

Gary C. Shockley, Esq.
Courtney H. Gilmer, Esq.
Baker Donelson, Bearman,
Caldwell & Berkowitz, P.C.
Commerce Center, Suite 800
211 Commerce Street
Nashville, TN 37201
Email: gshockley@bakerdonelson.com
Email: cgilmer@bakerdonelson.com

Vincent M. Auricchio, Esq.
Law Offices of Vincent M. Auricchio
150 So. Wacker Drive, Suite 2600
Chicago, IL 60606
Email: auricchiolawoffices@gmail.com

Daniel F. Lynch, Esq.
Lynch & Stern
150 South Wacker Drive
Suite 2600
Chicago, IL 60606

Email:dan@lynchandstern.com

David B. Goodman, Esq.
Shaw Gussis Fishman Glantz
Wolfson & Towbin, LLC
321 North Clark Street
Suite 800
Chicago, IL 60654
Email:goodman@shawgussis.com

Kelly L. Fabian, Esq.
Michael Paul Kornak, Esq.
Matthew John Kramer, Esq.
Freeborn & Peters
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Email: kfabian@freebornpeters.com
Email:mkornak@freebornpeters.com
Email:mkramer@freebornpeters.com

Dated: February 7, 2011

_____
James A. McGurk