# United States Court of Appeals
## For the Seventh Circuit
### Chicago, Illinois 60604

June 15, 2011

**By the Court:**

| | |
|---|---|
| JEFFREY S. REINICHE, et al.,<br>　　Plaintiffs-Appellants,<br><br>No. 10-3753　　　　　　　　v.<br><br>JAMIE MARTIN, et al.,<br>　　Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:08-cv-03093<br>]<br>] James B. Zagel, Judge. |

### O R D E R

　　On review of the papers filed in this appeal addressing the issue of subject matter jurisdiction,

　　IT IS ORDERED that the parties simultaneously file memoranda addressing the following jurisdictional questions:

(1)　Appellant's initial Circuit Rule 3(c) docketing statement claims that "[j]urisdiction of the District Court was invoked pursuant to 28 U.S.C. § 1334", but was this basis for subject matter jurisdiction ever presented to the district court?  And, if so, did that court ever decide whether the current litigation is sufficiently related to the bankruptcy case docketed as District Court case no. 07 C 3700?

(2)　How does 28 U.S.C. § 1334 support jurisdiction over the current litigation docketed as District Court case no. 08 C 3093?  In other words, how can a derivative action be related to a bankruptcy since the rights of third persons, such as guarantors, are outside bankruptcy?

　　The parties' memoranda are due no later than June 22, 2011.

　　IT IS FURTHER ORDERED that briefing in this appeal remains SUSPENDED pending further court order.